**Michael SEALS, Plaintiff—Appellant,**

v.

**Jerry CARDOZA; et al., Defendants—Appellees.**

**No. 08–15011.**

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.*

Filed July 6, 2009.

Michael Izell Seals, San Quentin, CA, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Michael Seals, a California state prisoner, appeals pro se from the district court's order dismissing his 42 U.S.C. § 1983 action alleging that parole agents and social workers violated his civil rights. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915A. *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order). We affirm.

The district court properly dismissed the action because the complaint failed to state a cognizable claim against any of the named defendants. *See Lewis v. Casey*, 518 U.S. 343, 354–55, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996) (prisoners asserting access to courts claims must show actual injury); *Ove v. Gwinn*, 264 F.3d 817, 824 (9th Cir.2001) ("To state a claim under § 1983, a plaintiff must allege the violation of a right secured by the Constitution and laws of the United States ... To the extent that the violation of a state law amounts to the deprivation of a state-created interest that reaches beyond that guaranteed by the federal Constitution, Section 1983 offers no redress.") (internal quotation marks omitted); *Taylor v. List*, 880 F.2d 1040, 1045 (9th Cir.1989) ("There is no respondeat superior liability under section 1983.").

Seals's remaining contentions are unpersuasive.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Seals's pending motions are denied.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.